# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

FREDDIE LEE CHISOM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1349

———————————————

July 22, 2026

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

Freddie Lee Chisom, pro se.

James Uthmeier, Attorney General, Tallahassee, and Christopher Manon, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.